UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDNA WHITLEY, in her capacity as the
Personal Representative of the Estate of
DANIEL JOSEPH WHITLEY,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 1:22-cv-448

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 10, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE